IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      2:08cr227-MHT
JUANETTA L. MOORE           )          (WO)
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss indictment (Doc. No. 68) is granted and that the indictment against defendant Juanetta LaChelle Moore is dismissed without prejudice.

DONE, this the 12th day of June, 2009.

```
     /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE
```